## ORDER

PER CURIAM

AND NOW, this 27th day of September, 2016, the Petition for Allowance of Appeal is **DENIED.**

■

COMMONWEALTH of Pennsylvania, Petitioner

v.

David Allen **HARRELL,** Respondent

No. 291 MAL 2016

Supreme Court of Pennsylvania.

September 27, 2016

## ORDER

PER CURIAM

AND NOW, this 27th day of September, 2016, the Petition for Allowance of Appeal is **DENIED.**

■

HOUSING AND REDEVELOPMENT INSURANCE EXCHANGE

v.

COUNTY OF LACKAWANNA and Joseph P. Durkin

County of Lackawanna

v.

Dominick Verrastro, Housing and Redevelopment Insurance Exchange and Foxco Insurance Management Services, Inc. and Joseph P. Durkin, Individually and t/d/b/a JD Insurance Consultants

Petition of: Lackawanna County

Housing and Redevelopment Insurance Exchange

v.

County of Lackawanna and Joseph P. Durkin

County of Lackawanna

v.

Dominick Verrastro, Housing and Redevelopment Insurance Exchange and Foxco Insurance Management Services, Inc. and Joseph P. Durkin, Individually and t/d/b/a JD Insurance Consultants

Petition of: Lackawanna County

No. 301 MAL 2016
No. 302 MAL 2016

Supreme Court of Pennsylvania.

September 27, 2016

## ORDER

PER CURIAM

**AND NOW**, this 27th day of September, 2016, the Petition for Allowance of Appeal is **DENIED**.

■

**COMMONWEALTH of Pennsylvania,**
**Respondent**

v.

**Halim Rayshawn BOWEN, Petitioner**

**No. 288 MAL 2016**

Supreme Court of Pennsylvania.

September 27, 2016

## ORDER

PER CURIAM

**AND NOW**, this 27th day of September, 2016, the Petition for Allowance of Appeal is **DENIED**.

■

**COMMONWEALTH of Pennsylvania,**
**Respondent**

v.

**Santiago PEDROSO, Petitioner**

**No. 262 EAL 2016**

Supreme Court of Pennsylvania.

September 27, 2016

## ORDER

PER CURIAM

**AND NOW**, this 27th day of September, 2016, the Petition for Allowance of Appeal is **DENIED**.

■

**COMMONWEALTH of Pennsylvania,**
**Respondent**

v.

**Tyree JOHNSON, Petitioner**

**No. 186 EAL 2016**

Supreme Court of Pennsylvania.

September 27, 2016

## ORDER

PER CURIAM

**AND NOW**, this 27th day of September, 2016, the Petition for Allowance of Appeal is **DENIED**.

■

**COMMONWEALTH of Pennsylvania,**
**Respondent**

v.

**Jamit Xavier DELGADO, Petitioner**

**No. 162 MAL 2016**

Supreme Court of Pennsylvania.

September 27, 2016